IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| ANTHONY BLAKE LOWREY, | * |
| Plaintiff | * |
| vs. | * |
| | CASE NO. 3:07-CV-113 (CDL) |
| WALTON COUNTY SHERIFF'S DEPARTMENT, Lt. ELLIOT, Officer EVANS, et al., | * |
| Defendants. | * |

ORDER ON RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on February 12, 2008 is hereby approved, adopted, and made the Order of the Court.[1]

IT IS SO ORDERED, this 11th day of March, 2008.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE

---

[1] The Court notes a typographical error on page 2 of the Magistrate's Report and Recommendation where the recommendation states that not allowing the phone calls "does amount to a constitutional violation." When the entire order is read in context, it is clear that the Magistrate meant to state that not allowing the phone calls "does *not* amount to a constitutional violation."